JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN MORGAN and ARDAVAN DAVARI, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>PENSKE LOGISTICS, LLC, and PENSKE TRUCK LEASING, CO. L.P.,<br><br>    Defendants. | Case No. 8:23-cv-01750-JWH (KESx)<br><br>**FINAL JUDGMENT**<br><br>Complaint Filed: September 19, 2023<br>Trial Date: None<br>District Judge: Hon. John W. Holcomb<br>  Courtroom 9D, Santa Ana<br>Magistrate Judge: Hon. Karen E. Scott<br>  Courtroom 6D, Santa Ana |

WHEREAS, on September 25, 2025, Defendants Penske Logistics, LLC and Penske Truck Leasing, Co. L.P. ("Defendants"), by and through their counsel of record, served Plaintiff Ardavan Davari ("Plaintiff") with "Defendants Penske Logistics, LLC and Penske Truck Leasing, Co. L.P.'s Rule 68 Offer of Judgment to Plaintiff Ardavan Davari." (ECF No. 108-1.)

WHEREAS, on September 26, 2025, Plaintiff served Defendants with a written notice accepting Defendants' Federal Rule of Civil Procedure 68 Offer of Judgment. (ECF No. 108.)

Based upon Defendants' Rule 68 Offer of Judgment and Plaintiff's acceptance of the same, and pursuant to the requirements of Rule 68,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. **JUDGMENT** is **ENTERED** for Plaintiff and **AGAINST** Defendants in the sum of fifty thousand dollars ($50,000), to be paid within 30 days.
2. Plaintiff's individual claims are **DISMISSED with prejudice**.
3. Attorneys' fees and costs shall be determined by the Court pursuant to Rule 54 of the Federal Rules of Civil Procedure upon motion by Plaintiff.

**IT IS SO ORDERED.**

Dated: October 15, 2025

Hon. John W. Holcom
UNITED STATES DISTRICT JUDGE